■ JAMES C. HEANEY, Appellant, v. KATHERINE HOLMES, Respondent.— Appeal unanimously dismissed as moot, without costs. Memorandum: This is an appeal from an order denying appellant's motion to settle the record on appeal. The appeal with which the record is concerned was dismissed by this court on December 7, 1967 and a motion returnable February 27, 1968, which we treated as a motion to vacate our former dismissal of the appeal, is denied concurrently herewith. The issues presented herein thereby have become academic. (Appeal from order of Erie Special Term denying motion to settle record on appeal.) Present — Williams, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.

■ VOGT MANUFACTURING CORPORATION, Respondent, v. MORTIMER L. BROCKWAY, Appellant.— Judgment unanimously modified on the law and facts by striking the third decretal paragraph therefrom and, as modified, affirmed, without costs. Memorandum: The complaint does not ask for the declaratory and injunctive relief granted by the third decretal paragraph of the judgment. (Appeal from judgment of Monroe Trial Term in action for specific performance of employment contract.) Present — Williams, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.